(137 So. 677)
## Alfred GRIGGS v. STATE.
### 4 Div. 612.

Supreme Court of Alabama.
Nov. 19, 1931.

J. W. Kelley, of Phenix City, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of Alfred Griggs for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Griggs v. State, 137 So. 676.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.